**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL and DAVID A.                    No. C-07-0811 MMC
SAUNDERS,

      Plaintiffs                                **ORDER DISMISSING ACTION WITH**
    v.                                               **LEAVE TO AMEND**

SAUSALITO POLICE DEPARTMENT, et al.,

      Defendants
_____/

    Currently before the Court is the complaint filed February 8, 2007 by plaintiffs Arlene

Campbell and David A. Saunders.  By separate order filed concurrently herewith, the Court

has denied Saunders' motion to proceed in forma pauperis.

    Pursuant to 28 U.S.C. § 1915(e)(2), the Court must dismiss any complaint filed by a

person seeking to proceed in forma pauperis if the complaint fails to state a claim.

Plaintiffs' complaint fails to state a claim because plaintiffs fail to allege any basis for

federal jurisdiction over the instant action, fail to adequately set forth the factual and legal

basis of their claims, and fail to set forth the type of relief they seek from the Court.  See

Fed. R. Civ. P. 8(a) (requiring that complaint set forth "a short and plain statement of the

grounds upon which the court's jurisdiction depends," "a short and plain statement of the

claim showing that the pleader is entitled to relief," and "a demand for judgment for the

relief the pleader seeks").  Moreover, it appears that plaintiffs may be seeking this Court's

1  intervention in ongoing state court criminal proceedings.  In <u>Younger v. Harris</u>, the Supreme

2  Court held there is a "fundamental policy against federal interference with state criminal

3  prosecutions."  <u>Younger v. Harris</u>, 401 U.S. 37, 46 (1971).

4         Accordingly, the complaint is hereby DISMISSED, with leave to file an amended

5  complaint no later than March 13, 2007.  If, by that date, plaintiffs fail to file an amended

6  complaint, accompanied by the requisite filing fee, the above-titled action will be dismissed

7  with prejudice.

8         **IT IS SO ORDERED.**

9  Dated: February 13, 2007

10                                                  MAXINE M. CHESNEY
                                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2