IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE CAMPBELL and DAVID A. SAUNDERS,<br><br>    Plaintiffs<br>  v.<br><br>SAUSALITO POLICE DEPARTMENT, et al.,<br><br>    Defendants | No. C-07-0811 MMC<br><br>**ORDER DISMISSING ACTION** |

    In an order filed February 13, 2007, the Court dismissed the instant action, with leave to file an amended complaint no later than March 13, 2007. In a separate order filed that same date, the Court denied plaintiffs' application to proceed in forma pauperis and ordered plaintiffs to pay the filing fee no later than March 13, 2007. The Court warned plaintiffs that failure to pay the filing fee would result in dismissal.

    Plaintiffs have not filed an amended complaint, have not paid the filing fee, and have not sought an extension of time to do so. Rather, on March 15, 2007, plaintiffs filed an appeal, which the Ninth Circuit recently dismissed for lack of jurisdiction.

    Because plaintiffs failed to file a timely amended complaint, and failed to pay the filing fee, the instant action is hereby DISMISSED.

/ /

/ /

1      The Clerk shall close the file.

2     **IT IS SO ORDERED.**

3 Dated: June 13, 2007                                                        */s/ Maxine M. Chesney*
                                                              MAXINE M. CHESNEY

4                                                              United States District Judge