IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL and DAVID A. SAUNDERS,

    Plaintiffs

v.

SAUSALITO POLICE DEPARTMENT, et al.,

    Defendants

No. C-07-0811 MMC

**ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court is in receipt of plaintiffs' joint Application to Proceed in Forma Pauperis, filed October 5, 2007. By order filed June 13, 2007, the action was dismissed, for the reasons stated therein.

Accordingly, no filing fee is due at this time and the Application is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 16, 2007

MAXINE M. CHESNEY
United States District Judge